IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
3 OCTOBER 2013

| | | | |
|---|---|---|---|
| 003P08-2 | Adams Creek Associates, a North Carolina Limited Partnership with Billy Dean Brown, General Partner v. Melvin Davis and Licurtis Reels | Defs' PDR Under N.C.G.S. § 7A-31 (COA12-1200) | Denied |
| 005PA12-2 | Hoke County Board of Education, et al. v. State of North Carolina, et al. | Attorney Qureshi's Motion to Withdraw as Counsel | Allowed **09/17/13** |
| 017P13-2 | State v. Ca'Sey R. Tyler | 1. Def's *Pro Se* Motion for Review En Banc (COAP12-984) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the Superior Court of Onslow County | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Proof of Jurisdiction | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 4. Allowed |
| 029A13 | Johnston v. State of North Carolina | State's Motion to Substitute Counsel | Allowed 08/26/13  **Beasley, J. Recused** |
| 057P13 | Kenneth W. Baker Jr., as administrator of the estate of Keith Allen Baker, v. Carson H. Smith Jr., in his official capacity as Sherriff of Pender County; Glenda Simpson, individually and officially; Fidelity and Deposit Company of Maryland, as surety; New Hanover Regional Medical Center; and Dr. Patrick Martin, M.D., d/b/a Patrick Martin & Associates | Plt's Petition for *Writ of Certiorari* to Review Decision of N.C. Court of Appeals (COA12-560) | Denied  **Beasley, J. Recused** |